# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TOBY AARON GALLEGOS, ) <br> ) <br> Defendant. ) | 2:12-CR-328-MMD-(CWH) |

### FINAL ORDER OF FORFEITURE AS TO DEFENDANT TOBY AARON GALLEGOS

On October 18, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant TOBY AARON GALLEGOS to the United States of America. Criminal Indictment, ECF No. 9; Plea Agreement, ECF No. 17; Preliminary Order of Forfeiture, ECF No.18; Minutes of Change of Plea Proceedings, ECF No. 19.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant TOBY AARON GALLEGOS.

DATED this 10 day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE